**Dismiss and Opinion Filed July 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01268-CV

**SHAWN JONES, Appellant**
**V.**
**AURORA HOBBS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02924-B**

# MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Myers

Appellant's brief was due April 15, 2015. By letter dated April 16, 2015, the Court notified appellant that his brief was overdue. We directed appellant to file, within ten days, his brief and an extension motion. We warned that failure to do so would result in dismissal of the appeal. To date, appellant has neither filed his brief nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

/Lana Myers/
LANA MYERS
141268F.P05                                                JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

SHAWN JONES, Appellant

No. 05-14-01268-CV     V.

AURORA HOBBS, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas

Trial Court Cause No. CC-14-02924-B.

Opinion delivered by Justice Myers, Justices Fillmore and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Aurora Hobbs recover the costs of this appeal from appellant Shawn Jones.

Judgment entered this 29th day of July, 2015.